UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jose Garcia-Garcia,<br><br>Defendant. | Case No.: 3:20-CR-3581-LAB<br><br>**JUDGMENT OF DISMISSAL** |
|---|---|

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above-entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

Dated: 5/17/2023

Hon. David D. Leshner
U.S. Magistrate Judge

«Case_No_»